**Order entered October 20, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00696-CV

**DAVID DIAZ, SCOTT FISHER, AND KRISTI FISHER, Appellants**

**V.**

**SMS FINANCIAL CAP, LLC, CAPITAL ONE, NATIONAL ASSOCIATION, STEPHEN F. PERKINS, AND CHRISTOPHER FITZWATER, Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00653-2011**

### ORDER

Before the Court is appellants' October 18, 2021 second joint motion to extend the time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 22, 2021**.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE